[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 30, 2006
THOMAS K. KAHN
CLERK

No. 05-10185
Non-Argument Calendar

_____

D. C. Docket No. 02-00599-CR-B-W

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDALL BEVELLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(January 30, 2006)**

Before BLACK, CARNES and PRYOR, Circuit Judges

PER CURIAM:

Theresa A. Terrebonne, appointed counsel for Randall Bevelle in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bevelle's conviction and sentence is **AFFIRMED**.